IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:14CR-00187 JAR (DDN) |
| Plaintiff, | ) | |
| vs. | ) | |
| PAMELA TABATT, | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now Kenneth R. Schwartz and enters his appearance as attorney for Pamela Tabatt in this matter.

BY s/ Kenneth R. Schwartz
KENNETH R. SCHWARTZ MO#44528
Attorney for Defendant
7751 Carondelet Ave, Suite 204
Clayton, Missouri 63105
(314) 863-4654
(314) 862-4357 - fax
kenneth@kennethrschwartz.com

## PROOF OF SERVICE

The undersigned certifies that the above was electronically filed this 18th day of June, 2014.

s/ Kenneth R. Schwartz