**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CR00187 JAR |
| ) | |
| PAMELA TABATT, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 237 Split Rail Drive, Wentzville, Missouri, 63385 being further described as:

> Lot 69 of Summer Brook Plat Seven, formerly known as White Fence Estates Plat Six, as per plat thereof recorded in Plat Book 37 Page 151 of the St. Charles County Records,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Pamela Tabatt, Richard Gross, and Paul Berra, Jr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.	Respectfully submitted,

	RICHARD G. CALLAHAN
	United States Attorney

	 */s/ Jennifer A. Winfield*
	JENNIFER A. WINFIELD, #53350MO
	Assistant United States Attorney
	111 South 10th Street, Suite 20.333
	Saint Louis, Missouri 63102
	Telephone:	(314) 539-2200
	Facsimile:	(314) 539-2312