**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14CR00187 JAR |
| | ) |
| PAMELA TABATT, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 1801 Thoele Road, St. Peters, Missouri, 63376 being further described as:

> Lot 8-B of "Resubdivision of Tract "B" Park Charles South Plat One" according to the Plat thereof recorded in Plat Book 20, Page 72 of the St. Charles County Records,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Pamela Tabatt, Richard Gross, and Paul Berra, Jr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.                    Respectfully submitted,

                                         RICHARD G. CALLAHAN
                                         United States Attorney

                                         */s/ Jennifer A. Winfield*
                                         JENNIFER A. WINFIELD, #53350MO
                                         Assistant United States Attorney
                                         111 South 10th Street, Suite 20.333
                                         Saint Louis, Missouri 63102
                                         Telephone:    (314) 539-2200
                                         Facsimile:    (314) 539-2312