**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CR00187 JAR |
| ) | |
| PAMELA TABATT, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 1029 Highway 47 East, Troy, Missouri 63379 being further described as:

> A 3.00 acre tract of land located in Lincoln County within East ½ of Section 21, Township 49 North, Range 1 East of the 5th P.M. and being more particularly described as follows: Commencing at the center of said Section 21; thence South 01 degree 23' 30" East 2628.56 feet to a point; thence South 89 degrees 21' 50 " East 635.91 feet to a point; thence North 01 degree 23' 30" West 480.93 feet to a point; thence North 88 degrees 36' 20" East 173.10 feet to the point of beginning of the tract herein described; thence North 01 degree 20'10" West 107.13 feet to a point; thence North 88 degrees 39' 50" East 485.00 feet to a point; thence South 01 degree 20' 10" East 49.99 feet to a point; thence along a curve to the left having a radius of 1185.59 feet, an included angle of 06 degrees 27' 10", and a chord which bears South 33 degrees 25' 10" West, 133.45 feet, an arc distance of 133.52 feet to a point; thence South 30 degrees 11' 40" West, 205.04 feet to a point; thence along a

curve to the right having a radius of 532.89 feet, an included angle of 10 degrees 46' 00" and a chord which bears east 39 degrees 34' 40" West 99.99 feet, an arc distance of 100.14 feet to a point; thence north 49 degrees 10' 40" West 325.96 feet to a point; thence North 01 degree 20' 10" West 88.44 feet to the point of beginning,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Pamela Tabatt, Richard Gross, and Paul Berra, Jr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.                               Respectfully submitted,

                                                    RICHARD G. CALLAHAN
                                                    United States Attorney

                                                     /s/ Jennifer A. Winfield
                                                    JENNIFER A. WINFIELD, #53350MO
                                                    Assistant United States Attorney
                                                    111 South 10th Street, Suite 20.333
                                                    Saint Louis, Missouri 63102
                                                    Telephone:    (314) 539-2200
                                                    Facsimile:    (314) 539-2312