# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CR00187 JAR |
| ) | |
| PAMELA TABATT, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 13 Cove Trail, New Florence, Missouri 63363 being further described as:

> A tract of land being part of the Northeast Quarter of Section 24, Township 47 North, Range 5 West, Montgomery County, Missouri and being more particularly described as follows: Commencing at an iron pipe marking the center of Section 24; thence South 87 degrees 45' 11" East along the East-West Center Section line 1120.92 feet to a point; thence departing from said center Section line North 01 degrees 26' 43" East 707.31 feet to the point of beginning of tract herein described; thence North 81 degrees 26' 54" West 152.81 feet to the centerline of a 30 foot road easement; thence following said centerline on a curve to the left, having a tangent bearing North 03 degrees 54' 46" East, a radius of 195.00 feet and an arc length of 105.42 feet; thence North 27 degrees 03' 41" West 35.51 feet; thence along a curve to the left having a radius of 360.00 feet, a central angle of 08 degrees 36' 56" and an arc length of 54.13 feet; thence departing from said centerline North 54

      degrees 19' 23" East 210.31 feet to a point; thence South 21 degrees 43' 47" East 60.70 feet; thence South 04 degrees 53' 14" East 269.80 feet to the point of beginning of tract herein described,

with all appurtenances, improvements and fixtures thereon.

      The action, which is criminal action against defendant Pamela Tabatt, Richard Gross, and Paul Berra, Jr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

      For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.　　　　　　　　　　　　Respectfully submitted,

                                                RICHARD G. CALLAHAN
                                                United States Attorney

                                                */s/ Jennifer A. Winfield*
                                                JENNIFER A. WINFIELD, #53350MO
                                                Assistant United States Attorney
                                                111 South 10th Street, Suite 20.333
                                                Saint Louis, Missouri 63102
                                                Telephone:    (314) 539-2200
                                                Facsimile:    (314) 539-2312