**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CR00187 JAR |
| ) | |
| PAMELA TABATT, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 25333 Cheyenne Lane, Warrenton, Missouri 63383 being further described as:

> A tract of land being part of the Southeast Quarter of the Southeast Quarter of Section 2, Township 46 North, Range 3 West, Warren County, Missouri, and being described as follows:
> Commencing at an old rock pile at the Southeast Corner of Section 2; thence along the East line of Section 2, North 01°- 42' East 103.59 feet; thence along the centerline of Clark's Hollow, South 58°-37' West 51.16 feet; thence North 83°- 41' West 684.20 feet; thence South 66°- 59' West 202.24 feet; thence South 46°-44' West 90.92 feet; thence along the South line of the Southeast Quarter of the Southeast Quarter, North 89°- 22' West 444.24 feet to an old iron rod at the place of beginning of the said tract of land; thence along the West line of the Southeast Quarter of the Southeast Quarter, North 01°- 46' East 415.27 feet; thence leaving the said West line, North 47° - 17' East 312.99 feet; thence North 81°- 08' East 841.87 feet; thence South 56°- 38'

>East 74.08 feet to a point in a centerline of a 50 foot wide road and utility easement; thence along the said centerline, South 36°- 06' West 98.22 feet; thence leaving the said centerline, South 27°- 38' West 270.84 feet to an iron rod; thence South 66°- 39' West 1048.78 feet to the lace of beginning,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Pamela Tabatt, Richard Gross, and Paul Berra, Jr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:    (314) 539-2200
Facsimile:    (314) 539-2312