**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>    Plaintiff,                                    )<br>                                                             )<br>v.                                                        )   Case No. 4:14CR00187 JAR<br>                                                             )<br>PAMELA TABATT, et al.                 )<br>                                                             )<br>    Defendants.                             )  | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at is the Real Property directly south and bordering the Real Property and residence of 25333 Cheyenne Lane, Warrenton, Missouri 63383 being further described as:

> A tract of land being part of the Southeast Quarter of the Southeast Quarter of Section 2, Township 46 North, Range 3 West, Warren County, Missouri, and being described as follows:
>
> Commencing at an old rock pile at the Southeast Corner of Section 2; thence along the East line of Section 2, North 01°- 42' East 103.59 feet; thence along the centerline of Clark's Hollow, South 58°- 37' West 51.16 feet; thence North 83°- 41' West 98.31 feet to the place of beginning of the said tract of land; thence North 83°• 41' West 585.89 feet thence South 66°- 59' West 202.24 feet; thence South 46°- 44' West 90.92 feet; thence along the South line of the Southeast Quarter of the Southeast Quarter, North 89°-22' West

444.24 feet to an old iron rod; thence North 66°-39' East 1048.78 feet to an iron rod; thence North 27°-38' East 270.84 feet to a point in the centerline of a 50 foot wide road and utility easement; thence leaving the said centerline, South 30°-01' East 159.73 feet to an old iron rod; thence South 15°- 45' East 443.37 feet to the place of beginning and containing 6.00 acres, more or less,

TOGETHER WITH road and utility easements as more fully described in Book 1301 page 920 of the Warren County Records,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Pamela Tabatt, Richard Gross, and Paul Berra, Jr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.                                   Respectfully submitted,

                                                                                     RICHARD G. CALLAHAN
United States Attorney

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:     (314) 539-2200
Facsimile:     (314) 539-2312