UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Criminal Case

Date __June 24, 2014__   Judge __David D. Noce – 17N__   Case No. __4:14 cr 187 JAR / DDN__

UNITED STATES OF AMERICA v. __Pamela Tabatt__

Court Reporter _____   Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __James Delworth__

Attorney(s) for Defendant(s) __Kenneth Schwartz__

Interpreter: _____   ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance                 ☐ Detention Hearing                    ☐ Preliminary Revocation
  ☐ Supervised Release Revocation    ☐ Bond Review                          ☐ Probation
**X** Arraignment                    ☐ Bond Revocation                      ☐ Supervised Release
☐ Preliminary Examination            ☐ Bond Execution/Appearance Bond       ☐ Competency
☐ Motion Hearing                     ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Pretrial/Status Conference
  ☐ Evidentiary Hearing              ☐ Change of Plea/Sentencing            ☐ Material Witness
  ☐ Oral Argument                    ☐ Rule 5(c)(3)Removal (Identity)

_Gov't has filed a motion for a Complex Case Finding; this case is one of four indictments that were returned._

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary examination   ☐ Preliminary Revocation   ☐ Detention hearing set for _____ Before _____

**X** Defendant arraigned   **X** Waives reading of indictment/information   ☐ Matter taken under advisement

**X** Plea entered : __Not Guilty__   Order on pretrial motions:   ☐ issued   ☐ to issue

   **X** Oral/(Written) Mtn for Suppression by defendant
   **X** Written Motion for Time to File Pretrial Motions by defendant (__11/17/14__)
   **X** Oral/(Written) Mtn for Determination of Arguably Suppressible Evidence by government

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

**Trial date/time** _____   **Before** _____

Final Supervised Release Revocation Hearing set for _____   Before _____

  ☐ Remanded to **CUSTODY**   **X** Released on **BOND**

Next hearing date/time _____   Type of hearing __Evidentiary__ Before __DDN__

Proceeding commenced __9:09__ a.m.   Proceeding concluded __9:25__ a.m.