UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CR00187 JAR |
| ) | |
| PAMELA TABATT, et al. ) | |
| ) | |
| Defendants. ) | |

## RESTRAINING ORDER

This matter having come before the Court upon the Government's Motion for Entry of Restraining Order, pursuant to Title 18, United States Code, Section 982, which incorporates provisions of Title 21, United States Code, Section 853, and it appearing to the satisfaction of the Court that:

    1.    A Federal Grand Jury has returned an Indictment wherein that included an allegation that certain property would, in the event of conviction, be subject to forfeiture pursuant to Title 21, United States Code, Sections 853 and 970, Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c), including but not limited to the following property:

    (r)    2008 Ford F450 Pickup Truck, VIN: 1FTXW43R48EA69349.

    2.    The Government has moved for an Order, pursuant to Title 18, United States Code, Section 982, which incorporates provisions of Title 21, United States Code, Section

853(e), to preserve the availability of certain potentially forfeitable assets, more described fully below, and to prevent the alienation, encumbering or wasting of those assets;

      3. Reasonable cause has been shown for the entry of a restraining order to preserve the property described below based upon the Indictment and the Motion and Memorandum submitted by the Government;

It is, therefore, the order of this Court that this restraining order issue, to wit:

      a. That any beneficiaries, designees, or trustees, their agents, servants, employees, attorneys, family members, or others having any interest or control over the property described below, shall not, without approval of this Court following notice to the Government and an opportunity for the Government to be heard, do any of the following with regard to the property described below:

> Alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the property in any manner, directly or indirectly;
>
> Cause the property to be alienated, dissipated, transferred, sold, assigned, leased, encumbered, or disposed of in any manner;
>
> Take, or cause to be taken, any action which could have the effect of concealing or moving the property from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of the property.

      b. It is further Ordered that if the property described below is transferred or disposed of by any means, the party or parties responsible for its disposal or transfer shall account to the Court for the disposition and location of the property, which may include the relinquishing of all proceeds obtained from any sale, auction, or other disposition.

      c. It is further Ordered that, Defendants shall be served with a copy of this Order.

   d. It is further Ordered that the Defendants will be permitted, in the alternative to the other provisions of this Order, to execute a performance bond found satisfactory to this Court, pursuant to Title 21, United States Code, Section 853(e)(1),

   e. The following is the asset and property affected by this Order:

    (r) 2008 Ford F450 Pickup Truck, VIN: 1FTXW43R48EA69349.

So Ordered, this 24th day of June, 2014.

_____
HONORABLE JOHN A. ROSS
United States District Judge