IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| ANWER RAO et. al., | ) | Nos. 14-CR-150-JAR-TCM |
| MARK PALMER et. al., | ) | 14-CR-175-AGF-DDN |
| GREG SLOAN et. al., | ) | 14-CR-152-RWS-NCC |
| PAMELA TABATT et. al. , | ) | 14-CR-187-JAR-DDN |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Come now Defendants, by their respective attorneys, and for this Joint Motion for an Extension of Time to File Pre-Trial Motions state:

1. When the parties originally appeared in Court, the Government indicated that discovery consisted of approximately 1,000,000 pages.

2. The Government indicated that the discovery would be provided in an orderly fashion on certain dates.

3. To date approximately 15,900 pages of discovery have been provided to Defendants on 3 disks.

4. On or about October 14, 2014, Attorneys in each of the above cases wrote Assistant U.S. Attorney Jim Delworth requesting a status on the outstanding discovery.

5. Mr. Delworth responded to these letters on October 16, 2014. (Exhibit A)

6. It is obvious from Mr. Delworth's response that Defendants will not be provided all of the discovery in this case by November 17, 2014.

7. More troubling is the fact that unlike the orderly "roll out" of discovery envisioned by the Government in July of 2014, there is no end date when Defendants will be provided the remaining 999,985 pages of discovery.

8. Defendants will require at least 6 months from the date that all discovery has been received in which to review the discovery, discuss same with their clients and to file pre-trial motions.

WHEREFORE, Defendants request that this Honorable Court establish a discovery cut-off date of December 1, 2014 in which the Government is obligated to provide Defendants all of the discovery in this case and that Defendants be given until June 19, 2015 in which to file pre-trial motions.

| ANDREA SMITH LAW FIRM | LITTLETON LAW FIRM |
|---|---|
| /s/Andrea Smith by: CG<br>Andrea L. Smith<br>Attorney for Defendant Farmer<br>715 W. Rosehill<br>Kirkwood, Missouri 63122<br>Telephone: (314)822-2735<br>Fax: (314)822-1402<br>Email: andreasmithesq@sbcglobal.net | /s/Levell Littleton by: CG<br>Levell Littleton<br>Attorney for Defendant Kinney<br>1221 Locust, Suite 310<br>St. Louis, Missouri 63103<br>Telephone: (314) 231-3168<br>Fax: (314) 231-4072<br>Email: levelllittleton@cs.com |
| HALE LAW FIRM | COHEN LAW FIRM |
| /s/Larry D. Hale by: CG<br>Larry D. Hale<br>Attorney for Defendant Robinson<br>1221 Locust Street, Suite 310<br>St. Louis, Missouri 63103<br>Telephone: (314) 231-3168<br>Fax: (314) 231-4072<br>Email: halefirm@aol.com | /s/Peter M. Cohen by: CG<br>Peter M. Cohen<br>Attorney for Defendant Patel<br>2734 Lafayette<br>St. Louis, Missouri 63104<br>Telephone: (314) 772-9494<br>Fax: (314) 772-3604<br>Email: petecohen@sbcglobal.net |
| LYNCH LAW FIRM | SOTTILE LAW FIRM |
| /s/John M. Lynch by: CG<br>John M. Lynch<br>Attorney for Defendant Pogue<br>7777 Bonhomme Ave., Suite 1200<br>Clayton, Missouri 63105<br>Telephone: (314) 726-9999<br>Fax: (314) 726-9199<br>Email: jlynch@lynchlawonline.com | /s/Andrew J. Sottile by: CG<br>Andrew J. Sottile<br>Attorney for Defendant Beeman<br>906 Olive Street, Suite 23<br>St. Louis, Missouri 63103<br>Telephone: (314) 621-8737<br>Fax: (314) 621-0262<br>Email: andysottile@gmail.com |

HOLMES LAW FIRM

/s/Rodney H. Holmes by: CG
Rodney H. Holmes
Attorney for Defendant Beeman
P.O. Box 771098
St. Louis, Missouri 63177
Telephone: (314) 249-8713
Fax: (618) 825-0293
Email: Rdnyholmes@aol.com

BUTTS LAW FIRM

/s/Eric W. Butts by: CG
Eric W. Butts
Attorney for Defendant Parsons
555 Washington Ave., Suite 600
St. Louis, Missouri 63101
Telephone: (314) -621-1617
Fax: (314) 621-7448
Email:  ewbtts@sbcglobal.net

KORNER LAW FIRM

/s/Jason A. Korner by: CG
Jason A. Korner
Attorney for Defendant Leinicke
7911 Forsyth Blvd. Suite 300
Clayton, Missouri 63105
Telephone: (314) 409-2659
Fax: (314) 863-5335
Email: jasonkorner@kornerlaw.com

KAGAN LAW FIRM

/s/Lenny Kagan by: CG
Lenny Kagan
Attorney for Defendant Gross
7911 Forsyth Blvd. Suite 300
Clayton, Missouri 63105
Telephone: (314) 913-9990
Fax: (314) 863-5335
Email:  lgkagan@hotmail.com

KISTER LAW FIRM

/s/Susan S. Kister by: CG
Susan S. Kister
Attorney for Defendant Galvin
809 Forest Trace Drive
Chesterfield, Missouri 63107
Telephone: (314) 616-0311
Fax: (636) 778-9527
Email: skister@kisterlaw.com

WELBY LAW FIRM

/s/Steve Welby by: CG
Steve Welby
Attorney for Defendant Neal
1221 Locust Street, Suite 407
St. Louis, Missouri 63103
Telephone: (314) 436-1888
Fax: (314) 436-1811
Email: welbylawfirm@yahoo.com

BOROWIAK LAW FIRM

/s/Zachary J. Borowiak by: CG
Zachary J. Borowiak
Attorney for Defendant Wolfe
225 South Meramec, Suite 301
St. Louis, Missouri 63105
Telephone: (314) 537-2351
Fax: (314) 269-1042
Email: borowiaklaw@gmail.com

GOEKE LAW FIRM

/s/J. CHRISTIAN GOEKE
J. Christian Goeke
Attorney for Defendant Berra
7711 Bonhomme Ave., Suite 850
Clayton, Missouri 63105
Telephone: (314) 862-5110
Fax: (314) 862-5943
Email: chris@jcgoekelaw.com

STOBBS LAW OFFICES

/s/John D. Stobbs, II
John D. Stobbs, II
Attorney for Defendant Lentsch
307 Henry Street, Suite 211
Alton, Illinois 62002
Telephone: (618) 462-8484
Fax: (618) 462-8585
Email:  jds2@stobbslaw.com

MUTRUX LAW FIRM

/s/Tyson Mutrux
R. Tyson Mutrux
Attorney for Defendant Palmer
1717 Park Avenue
St. Louis, Missouri 63104
Telephone: (314) 270-2273
Fax: (314) 884-4333
Email:  tysonmutrux@gmail.com

ZOTOS LAW FIRM

/s/Nick Zotos
Nick Zotos
Attorney for Defendant Sloan
4235 Lindell Boulevard
St. Louis, Missouri 63108
Telephone:  (314) 534-1797
Fax: (314) 533-1776
Email: nickzotos@sbcglobal.net

WOLFF & D'AGROSSA
/s/Paul J. D'Agrossa
Paul J. D'Agrossa
Attorney for Defendant Galvin
7710 Carondelet Avenue
Clayton, Missouri 63105
Telephone:  (314) 725-8019
Fax: (314) 725-8443
Email: paul@wolffdagrosa.com

KEEFE & KEEFE LAW OFFICES

/s/Thomas Q. Keefe, III
Thomas Q. Keefe, III
Attorney for Defendant Rao
6 Executive D Woods Drive
Belleville, Illinois 62236
Telephone: (618) 236-2221
Fax: (618) 236-2196
Email: keefetq@gmail.com

HUSCH BLACKWELL

/s/Matthew Schelp
Matthew Schelp
Attorney for Defendant  Palmer
190 Carondelet Drive, Suite 600
St. Louis, Missouri 63015
Telephone: (314) 480-1772
Fax: (314) 480-1505
Email: matthewschelp@huschb.com

LUCCO & BROWN

/s/J. William Lucco
J. William Lucco
Attorney for Defendant Wolfe
224 St. Louis Street
Edwardsville, Illinois 62025
Telephone:  (618) 656-2321
Fax: (618) 656-2363
Email: blucco@lbtdlaw.com

SCHWARTZ LAW OFFICES
/s/Kenneth R. Schwartz
Kenneth R. Schwartz
Attorney for Defendant Tabatt
7751 Carondelet Avenue
Clayton, Missouri 63105
Telephone:  (314) 863-4444
Fax: (314) 862-4357
Email: kenneth@kennethrschwartz.com

| DOWD BENNETT, LLP | KILGORE LAW OFFICES |
|---|---|
| /s/James Crowe, III | /s/Patrick Kilgore |
| James Crowe, III | Patrick Kilgore |
| Attorney for Defendant Gabrick | Attorney for Defendant Palmer |
| 7733 Forsyth Boulevard | 7911 Forsyth Boulevard |
| Clayton, Missouri 63105 | Clayton, Missouri 63105 |
| Telephone: (314) 889-7300 | Telephone: (314) 753-0096 |
| Fax: (314) 863-2111 | Fax: (314) 863-5335 |
| Email: jcrowe@dowdbennett.com | Email: patrick@patrickkilgorelaw.com |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 20, 2014, a copy of the attached *Defendant's Joint Motion For Extension of Time to File Motions* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Jim Delworth
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

LAW OFFICES OF KENNETH R SCHWARTZ

/s/ Kenneth R. Schwartz, MO44528
Attorney for Defendant Tabatt
7751 Carondelet Ave, Ste 204
Clayton, Missouri 63105

## CERTIFICATE OF SERVICE

  I hereby certify that on October 20, 2014, a copy of the attached *Defendant's Joint Motion For Extension of Time to File Motions* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Jim Delworth
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

LAW OFFICES OF KENNETH R SCHWARTZ

/s/ Kenneth R. Schwartz, MO44528
Attorney for Defendant Tabatt
7751 Carondelet Ave, Ste 204
Clayton, Missouri 63105